Michael J. Hanson
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501-2126

Phone: (907) 258-8864
Fax: (907) 258-8865
E-Mail: mjh@chklaw.net

Attorneys for
Defendant GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH HUNTER<br><br>       Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCECOMPANY,<br><br>       Defendant. | Case No.: |

## NOTICE OF REMOVAL

Defendant/removing party GEICO General Insurance Company, through counsel, Call & Hanson, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

    1.    On or about, plaintiff commenced the above-entitled action against Defendant GEICO General Insurance Company in the Superior Court for the State of Alaska, Third Judicial District at Palmer, Case Number 3PA-15-02066 Civil. Defendant received notice of the lawsuit when

it was served with the Summons through the Commissioner of the Department of Commerce and Economic Development, Division of Insurance on October 16, 2015.

    2.    Pursuant to 28 U.S.C. § 1441(a), a defendant may remove to Federal District Court "any civil action brought in State Court of which District Courts of the United States have original jurisdiction . . .."

    3.    Pursuant to 28 U.S.C. § 1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

    4.    A corporation is deemed to be a citizen of the state where it is incorporated or where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Defendant GEICO General Insurance Company is incorporated in the State of Maryland and its principal place of business is in the State of Maryland.

    5.    Plaintiff Elizabeth Hunter is a citizen of the State of Alaska residing in Wasilla, Alaska.

    6.    The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $75,000.00, as plaintiff's Complaint was filed in the Superior Court of Alaska with jurisdiction over cases where the amount in controversy exceeds $100,000.00 and plaintiff alleges that her damages exceed the minimum jurisdictional limit of the Superior Court.

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

7. Because there is complete diversity between plaintiff and defendant and the amount in controversy exceeds $75,000, original jurisdiction exists in this court. Therefore, removal is proper.

8. Electronic copies of complaint relevant process, pleadings and orders in the State Court are filed herewith pursuant to 28 U.S.C. 1446(a) and Local Rule 5.3.

WHEREFORE, defendant/removing party respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

CALL, HANSON & KELL, P.C.<br>
Attorneys for Defendant GEICO<br>
General Insurance Company

Dated: November 10, 2015   By:   s/Michael J. Hanson
Michael J. Hanson
413 G Street
Anchorage, AK 99501-2126
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: mjh@chklaw.net
ABA No.: 8611115

**CERTIFICATE OF SERVICE**
I certify that on this 10th day of November, 2015, a true and correct copy of the foregoing document, and attachments if any, were served by mail on:

Gregory S. Parvin
900 S. Check Street
Wasilla, AK 99654

s/Michael J. Hanson

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865