IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

ELIZABETH HUNTER )
)
      Plaintiff, ) Case No. 3PA-15- 2066 CI
vs. )
)
)
GEICO GENERAL INSURANCE CO., )
)
      Defendant. )
_____ )

## COMPLAINT
### (Action for Personal Injuries)

COMES NOW the plaintiff, ELIZABETH HUNTER, by and through her attorney, GREGORY S. PARVIN, and for his complaint against defendant do state and allege as follows:

### Allegations Common to All Causes of Action

1. Plaintiff, Elizabeth Hunter, is a resident of the Third Judicial District, State of Alaska.

2. GEICO Insurance Company is a corporation engaged in the automobile liability insurance business and operates in the State of Alaska.

3. In March 2012 plaintiff had a liability insurance contract with defendant covering plaintiff's vehicle that included uninsured motorist coverage. Plaintiff had paid all required premiums to maintain coverage as of December 2010.

4. On or about March 10, 2012 Plaintiff was involved in an auto accident in Wasilla, Alaska that was the fault of an under insured driver.

5. Plaintiff thereafter gave defendant all proper notice of loss and negotiated with



LAW OFFICE OF
GREGORY S. PARVIN
900 S. CHECK STREET
WASILLA, ALASKA 99654
P: 907.376.2800
F: 907.376.2828

**COMPLAINT**
                  *Hunter v GEICO*
                Case No. 3PA-15- 2066 CI
                           1 of 2

defendant for payment of her losses under the terms of the insurance contract with defendant.

6. In August of 2015 defendant refused to pay plaintiff's damages or further negotiate settlement of Plaintiff's losses as is required by the terms of the uninsured coverage.

5. This failure to pay plaintiff's damages or negotiate is a breach of the insurance contract by defendant that entitles plaintiff to her compensatory contract damages. These damages include her medical special damages, and general damages, resulting from the accident on March 10, 2012. The amount of these damages will be proven at trial but exceed the minimum jurisdictional limits for this court.

Wherefore plaintiff prays for relief as follows:

1. For an award of a money judgment in plaintiff's favor against defendant for the contract damages in an amount to be proven at trial;

2. For a money judgment inclusive of the costs, interest and attorney's fees necessarily incurred in pursuing this claim; and

3. For whatever other relief this court deems just and proper.

Dated this ___3___ day of September, 2015 at Wasilla, Alaska.

LAW OFFICE OF GREGORY S. PARVIN

Gregory S. Parvin, ABA #9809044
Attorney for Plaintiff

LAW OFFICES OF
GREGORY S. PARVIN
900 S. CHECK STREET
WASILLA, ALASKA 99654
P: 907.376.2800
F: 907.376.2828



**COMPLAINT**

*Hunter v GEICO*
Case No. 3PA-15-2006 CI
2 of 2