IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELIZABETH HUNTER

                   Plaintiff,

    v.

GEICO GENERAL INSURANCE CO.,

                   Defendant.

Case No. 3:15-cv-00222-SLG

## ORDER RE STIPULATION FOR DISMISSAL

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Docket 13), the Court hereby APPROVES the stipulation.

IT IS ORDERED that this matter is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 10th day of August, 2016 at Anchorage, Alaska.

                                     */s/ Sharon L. Gleason*
                                     UNITED STATES DISTRICT JUDGE